# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANDERSON GLENN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:07CV344 |
| | ) | |
| THEODIS BECK, Secretary, | ) | |
| North Carolina Department of | ) | |
| Correction, | ) | |
| | ) | |
| Respondent. | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: October 29, 2007